**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____
**FULGENCIO RODRIGUEZ,**

                     **Petitioner,**                  **9:18-cv-928**
                                                                         **(GLS/ML)**

            **v.**

**NEW YORK STATE**
**DEPARTMENT OF PAROLE AND**
**COMMUNITY SUPERVISION**

                     **Respondent.**
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR THE PETITIONER:** | |
| FULGENCIO RODRIGUEZ | |
| *Pro Se* | |
| 425 West 205th Street | |
| Apartment 6K | |
| New York, NY 10034 | |
| | |
| **FOR THE RESPONDENT:** | |
| HON. LETITIA JAMES | PRISCILLA I. STEWARD |
| New York State Attorney General | Assistant Attorney General |
| 28 Liberty Street | |
| New York, NY 10005 | |

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

     The above-captioned matter comes to this court following an Order and Report-Recommendation (R&R) by Magistrate Judge Miroslav Lovric, duly filed July 30, 2021.  (Dkt. No. 15.)  Following fourteen days from the

service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 15) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the petitioner's petition for a writ of habeas corpus (Dkt. No. 1) is **DENIED and DISMISSED**; and it is further

**ORDERED** that, because the Court finds the petitioner has not made a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. §2253(c)(2), no certificate of appealability shall issue; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

August 31, 2021
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge